JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STANLEY E. MARSHALL,<br>Plaintiff,<br>v.<br>TARGET CORPORATION, et al.,<br>Defendants. | Case No. CV 26-5417-MWF(SKx)<br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

The Court has considered the parties' Stipulation for Dismissal with Prejudice. (Docket No. 13). For good cause shown, the Court GRANTS the Stipulation. This action and all claims herein against Defendant Target Corporation are DISMISSED with prejudice, and the parties will bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 30, 2026

MICHAEL W. FITZGERALD
United States District Judge